UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,        CRIM. CASE NO. 11-20248

v.        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

VIRGINIA DILLARD,

        Defendant/Movant.
_____/

### ORDER
### ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION OF SEPTEMBER 4, 2013:

(1) Dismissing Defendant's Motion to Vacate, Set Aside or Correct Her Sentence under 28 U.S.C. § 2255;

(2) Denying Defendant a Certificate of Appealability.

SO ORDERED.

DATED:    NOV 0 8 2013

                                                              PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE